FILED 19 JUL 10 10:55USDC-ORM

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:19-cr- 00302-AA |
| v. | INDICTMENT |
| MATHEW WILLIAM THOMPSON, ZACHARY WAYNE MOORE, | 21 U.S.C. § 841(a)(1) 21 U.S.C. § 841(b)(1)(D) 49 U.S.C. § 46306(b)(6) |
| Defendants. | 49 U.S.C. § 46306(c) |

### THE GRAND JURY CHARGES:

### COUNT 1

**(Possession With Intent to Distribute)**
**(21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(D))**

On or about June 8, 2019, in the District of Oregon, defendants, **MATHEW WILLIAM THOMPSON** and **ZACHARY WAYNE MOORE**, did unlawfully and knowingly possess with intent to distribute marijuana, in the form of hashish oil, a substance controlled under Schedule I, Title 21, United States Code, Section 812;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D).

///

///

///

## COUNT 2

**(Operating an Unregistered Aircraft)**
**(49 U.S.C. § 46306(b)(6), 49 U.S.C. § 46306(c))**

On or about June 8, 2019, in the District of Oregon, defendant, **MATHEW WILLIAM THOMPSON**, knowingly and willfully operated an aircraft eligible for registration under section 44102 of Title 49 knowing that the aircraft was not registered under section 44103 or Title 49; the certificate of registration was suspended or revoked; and/or that he did not have proper authorization to operate or navigate the aircraft without registration for a period of time after transfer of ownership; the government further alleges that this violation is related to transporting a controlled substance, as alleged in Count 1, by aircraft;

In violation of Title 49, United States Code, Sections 46306(b)(6), 46306(c).

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: July 10, 2019

A TRUE BILL.

/s/ Grand Jury Foreperson

Presented by:
BILLY J. WILLIAMS
United States Attorney

MARCO A. BOCCATO, OSB# 102437
Assistant United States Attorney

Indictment                                                                                   2